IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-cr-00173-MCE |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| HERIBERTO OROZCO, | |
| Defendant. _____/ | |
| UNITED STATES OF AMERICA, | No. 2:07-cr-0174-EJG |
| Plaintiff, | |
| v. | |
| MARTIN ZAVALA CASTRO, | |
| Defendant. _____/ | |
| UNITED STATES OF AMERICA, | No. 2:07-cr-0175-LKK |
| Plaintiff, | |
| v. | |
| RICARDO RICKY MADRIGAL, | |
| Defendant. _____/ | |

1

1   Examination of the above-entitled criminal actions reveals that
2 these actions are related within the meaning of Local Rule 83-123(a)
3 (E.D. Cal. 1997).  The actions involve many of the same defendants and
4 are based on the same or similar claims, the same property transaction
5 or event, similar questions of fact and the same questions of law, and
6 would therefore entail a substantial duplication of labor if heard by
7 different judges.  Accordingly, the assignment of the matters to the
8 same judge is likely to effect a substantial savings of judicial
9 effort and is also likely to be convenient for the parties.
10   The parties should be aware that relating the cases under Local
11 Rule 83-123 merely has the result that both actions are assigned to
12 the same judge; no consolidation of the action is effected.  Under the
13 regular practice of this Court, related cases are generally assigned
14 to the district judge and magistrate judge to whom the first filed
15 action was assigned.
16   IT IS THEREFORE ORDERED that the actions denominated
17 2:07-cr-0174-EJG United States of America v. Martin Zavala Castro and
18 2:07-cr-0175-LKK United States of America v. Ricardo Ricky Madrigal,
19 are reassigned to Judge Morrison C. England, Jr. for all further
20 proceedings, and any dates currently set in this reassigned case only
21 is hereby VACATED.  Henceforth, the caption on documents filed in the
22 reassigned cases shall be shown as, 2:07-cr-0174-MCE and 2:07-cr-0175-
23 MCE.
24 ///
25 ///
26 ///
27 ///
28 ///

1  IT IS FURTHER ORDERED that the Clerk of the Court make
2 appropriate adjustment in the assignment of criminal cases to
3 compensate for this reassignment.
4  IT IS SO ORDERED.

 Dated: May 23, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE